No. 4395.—AÑESES ET AL., apldos., v. CONSEJO EJECUTIVO DE P. R. ETC., aplte.—■■■■■ C. D. San Juan. Julio 28, 1928. Habiéndose dictado la sentencia en este caso el 31 de mayo de 1928 y habiéndose remitido el mandato a la corte de distrito de su origen el 11 de junio de 1928; por los motivos consignados en *Manrique* v. *Ramírez González*, decidido el 12 de julio actual, (pág. 540) y en *Schlüter & Cía.* v. *González*, resuelto en el día de hoy, (pág. 249) no ha lugar a la moción de reconsideración archivada en la Secretaría de esta Corte Suprema el 29 de junio último.